JACK FEDER, Respondent, v. FRANK BRUNCKHORST Co. et al., Appellants.—

Rabin, Acting P. J., Hopkins, Latham, Brennan and Benjamin, JJ., concur.

In the Matter of DONALD CLANCY, Petitioner, v. PETER KORN, as Commissioner of Police of the City of Long Beach, et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.